**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ROSA VIDAL,                                    No. C 10-04001 JSW

10             Plaintiff,                            **ORDER TO SHOW CAUSE AND
                                                     ORDER CONTINUING CASE**
11        v.                                         **MANAGEMENT CONFERENCE**

12   ARGENT HOTEL,

13             Defendant.
                                                  /
14

15        The Court has received and considered the parties' Joint Case Management Statement,

16   which was filed on February 28, 2011.  On September 21, 2010, the Court issued an Order

17   Setting Case Management Conference and Requiring Joint Case Management Statement.  In

18   that Order, the Court directed the parties to file their Joint Case Management Statement "**five**

19   **(5) court days** prior to the conference."  (Docket No. 10 (Order Setting Case Management

20   Conference and Requiring Joint Case Management Statement at 1:27-28 (emphasis in

21   original).)  Pursuant to that Order, the parties' Joint Case Management Statement was due on

22   Friday, February 25, 2011.  In their Joint Case Management Statement, the parties have not

23   offered any explanation as to why they failed to comply with this deadline.  Accordingly, the

24   parties are HEREBY ORDERED TO SHOW CAUSE IN WRITING why sanctions in the

25   amount of $250 should not be imposed for failure to comply with this deadline.  The parties'

26   response to this Order to Show Cause shall be due by no later than March 18, 2011.

27   //

28   //

**United States District Court**
For the Northern District of California

1    With respect to proposed scheduling, the parties do not offer the Court any specific

2    dates. Rather, they "propose that a trial date be set no sooner than July of 2011," and that all

3    remaining deadlines be set either 15, 30, 60 or 90 days before trial. The Court does not find this

4    useful. Accordingly, it is HEREBY ORDERED that the case management conference

5    scheduled for March 4, 2011 is HEREBY CONTINUED to Friday, March 25, 2011 at 1:30 p.m.

6    The parties shall submit a supplemental joint case management statement by no later than

7    March 18, 2011, in which they shall set forth specific dates for trial, pretrial, a specific date by

8    which dispositive motions must be heard, specific dates for the close of fact and expert

9    discovery, and specific dates for the disclosure of any expert reports and disclosure of rebuttal

10   experts.

11   The Court HEREBY ADVISES the parties that this Court's Guidelines for Civil Jury

12   Trials sets forth specific deadlines with respect to the deadlines for submitting pretrial filings,

13   including the time by which motions in limine and oppositions thereto must be filed. Thus, the

14   Court strongly urges the parties to consult those Guidelines when they are selecting their dates

15   for the dispositive motion deadline, pretrial and trial.

16   **IT IS SO ORDERED.**

17

18   Dated: March 1, 2011                    _____

19                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2