**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA VIDAL,

    Plaintiff,

  v.

ARGENT HOTEL MANAGEMENT, LLC,

    Defendant.
_____/

No. C 10-04001 JSW

**ORDER REQUIRING JOINT STATUS REPORT RE SETTLEMENT**

The Court has received the Certification of ADR Session that states this matter has been settled. The parties are HEREBY ORDERED to submit a joint status report to the Court, in which they advise the Court when they expect a dismissal to be filed. The parties' joint status report shall be due by no later than June 17, 2011, unless they file a dismissal prior to that date.

**IT IS SO ORDERED.**

Dated: June 6, 2011

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE